| Fill in this information to identify the case: |
| --- |
| Debtor name   **YC Fernley Hotel LLC** |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA |
| Case number (if known)   **21-52543** |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................................   $ _____ **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................................   $ _____ **0.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.................................................................................   $ _____ **0.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $    **12,977,637.62**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ _____ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$    **26,735.00**

4.   Total liabilities ............................................................................................
    Lines 2 + 3a + 3b

| $ **13,004,372.62** |
| --- |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **YC Fernley Hotel LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **21-52543** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**Part 2:     Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:     Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                               % of ownership | | |
| 15.1. | **Membership Interest in YC Atlanta Hotel LLC**       **100** % | **N/A** | **Unknown** |

| Debtor | **YC Fernley Hotel LLC** | Case number *(If known)* **21-52543** |
|---|---|---|
| | Name | |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

|  |
|---|
| **$0.00** |

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **YC Fernley Hotel LLC** | Case number *(If known)* **21-52543** |
|--------|--------------------------|---------------------------------------|
| | Name | |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**YC Fernley Hotel LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __**21-52543**__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Access Point Financial, LLC**<br>Creditor's Name<br><br>**One Ravinia Drive**<br>**9th Floor**<br>**Atlanta, GA 30346**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**11/15/2019**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Alleged 100% Membership Interest in YC Atlanta Hotel LLC**<br><br>**Describe the lien**<br>**Alleged Security Interest**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$12,977,637.62** | **Unknown** |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $12,977,637.62 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **YC Fernley Hotel LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **21-52543**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| **Georgia Department of Labor Employer Accounts Section 148 Andrew Young Intl. Blvd. Suite 850 Atlanta, GA 30303** | *Check all that apply.* ■ Contingent ■ Unliquidated ■ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Potential Tax Liability** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| **Georgia Department of Revenue Compliance Division, ARCS - Bankruptcy 1800 Century Blvd NE, Suite 9100 Atlanta, GA 30345-3209** | *Check all that apply.* ■ Contingent ■ Unliquidated ■ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Potential Tax Liability** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | **YC Fernley Hotel LLC** | Case number (if known) | **21-52543** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Tax Liability**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Nevada Department of Taxation**
**c/o Melanie Young, Executive**
**Director**
**4600 Kietzke Lane, Building L,**
**Suite 235**
**Reno, NV 89502**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Tax Liability**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,369.00** |
|---|---|---|---|

**Balbir S. Gosal**
**5851 S. Virginia Street**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03/29/21**

Basis for the claim:  **Loan to Debtor from Insider for Ch. 11 Retainer**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,366.00** |
|---|---|---|---|

**Baldev S. Johal**
**5851 S. Virginia Street**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03/26/21**

Basis for the claim:  **Loan to Debtor from Insider for Ch. 11 Retainer**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Choice Hotels International**
**6811 East Mayo Blvd**
**Suite 100**
**Phoenix, AZ 85054**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred _**

Basis for the claim:  **Potential Liability**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | YC Fernley Hotel LLC | Case number (if known) | 21-52543 |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nevada Secretary of State**
**Nevada State Capitol Building**
**101 North Carson Street, Suite 3**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential Liability**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**U.S. Small Business Administration**
**233 Peachtree St, NE**
**Suite 1900**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential Liability**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **United States Attorney**<br>**c/o Andres H. Sandoval, Esq.**<br>**75 Ted Turner Drive, SW - Suite 600**<br>**Atlanta, GA 30303-3309** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **United States Attorney General**<br>**U.S. Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530-0001** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 26,735.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 26,735.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **YC Fernley Hotel LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **21-52543**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **YC Fernley Hotel LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **21-52543**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Balbir S. Gosal** | **5851 S. Virginia Street** <br> **Reno, NV 89502** | **Access Point Financial, LLC** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2  **Baldev S. Johal** | **5851 S. Virginia Street** <br> **Reno, NV 89502** | **Access Point Financial, LLC** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3  **Ranjit S. Johal** | **5851 S. Virginia Street** <br> **Reno, NV 89502** | **Access Point Financial, LLC** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4  **YC Atlanta Hotel LLC** | **1419 Virginia Avenue** <br> **Atlanta, GA 30337** | **Access Point Financial, LLC** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5  **YC Atlanta Hotel LLC** | **1419 Virginia Avenue** <br> **Atlanta, GA 30337** | **U.S. Small Business Administration** | ☐ D _____ <br> ■ E/F   **3.5** <br> ☐ G _____ |

| Debtor | **YC Fernley Hotel LLC** | Case number *(if known)* | **21-52543** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **YC Atlanta Hotel LLC** | 1419 Virginia Avenue Atlanta, GA 30337 | **Choice Hotels International** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.7 | **YC Atlanta Hotel LLC** | 1419 Virginia Avenue Atlanta, GA 30337 | **Georgia Department of Labor** | ☐ D _____ ■ E/F __2.1__ ☐ G _____ |
| 2.8 | **YC Atlanta Hotel LLC** | 1419 Virginia Avenue Atlanta, GA 30337 | **Internal Revenue Service** | ☐ D _____ ■ E/F __2.3__ ☐ G _____ |
| 2.9 | **YC Atlanta Hotel LLC** | 1419 Virginia Avenue Atlanta, GA 30337 | **Georgia Department of Revenue** | ☐ D _____ ■ E/F __2.2__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **YC Fernley Hotel LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **21-52543**

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$1,348,983.43** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other  **Rental Income** | **$138,750.00** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$179,922.84** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other  **Rental Income** | **$20,508.33** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **YC Fernley Hotel LLC**                                       Case number *(if known)*  **21-52543**

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Stone & Baxter, LLP**<br>**577 Mulberry Street**<br>**Suite 800**<br>**Macon, GA 31201** | 3/29/2021 | $13,838.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other ___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | **YC Fernley Hotel LLC** | Case number *(if known)* **21-52543** |
|---|---|---|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stone & Baxter, LLP**<br>**577 Mulberry Street**<br>**Suite 800**<br>**Macon, GA 31201** | | **3/26/2021** | **$13,366.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Stone & Baxter, LLP**<br>**577 Mulberry Street**<br>**Suite 800**<br>**Macon, GA 31201** | | **3/29/2021** | **$13,369.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

| Debtor | YC Fernley Hotel LLC | Case number *(if known)* | 21-52543 |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | Virginia Reno Partners, LLC<br>2300 West Sahara Avenue<br>Suite 1200<br>Las Vegas, NV 89102 | In order to assist YC Atlanta Hotel LLC with its initial purchase of hotel property, the Debtor sold its real estate to Virginia Reno Partners, LLC as part of a 1031 exchange of property where Investment Property Exchange Services, Inc. (IPEX) served as an intermediary to release the funds to YC Atlanta Hotel LLC. Debtor notes that IPEX did require an exchange fee. Debtor reserves its right to assert this transfer was in the ordinary course but nonetheless discloses it in good faith. | September 10, 2019 | $1,593,512.83 |
| | Relationship to debtor<br>n/a | | | |
| 13.2<br>. | Investment Property Exchange Services<br>3100 West Ray Road<br>Suite 141<br>Chandler, AZ 85226 | In order to assist YC Atlanta Hotel LLC with its initial purchase of hotel property, the Debtor sold its real estate to Virginia Reno Partners, LLC as part of a 1031 exchange of property where Investment Property Exchange Services, Inc. (IPEX) served as an intermediary to release the funds to YC Atlanta Hotel LLC. Debtor notes that IPEX did require an exchange fee. Debtor reserves its right to assert this transfer was in the ordinary course but nonetheless discloses it in good faith. | September 10, 2019 | $1,593,512.83 |
| | Relationship to debtor<br>n/a | | | |
| 13.3<br>. | YC Atlanta Hotel LLC<br>1419 Virginia Avenue<br>Atlanta, GA 30337 | In order to assist YC Atlanta Hotel LLC with its initial purchase of hotel property, the Debtor sold its real estate to Virginia Reno Partners, LLC as part of a 1031 exchange of property where Investment Property Exchange Services, Inc. (IPEX) served as an intermediary to release the funds to YC Atlanta Hotel LLC. Debtor notes that IPEX did require an exchange fee. Debtor reserves its right to assert this transfer was in the ordinary course but nonetheless discloses it in good faith. | November 15, 2019 | $1,593,121.55 |
| | Relationship to debtor<br>Subsidiary | | | |

**Part 7:** Previous Locations

**14. Previous addresses**

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

| Debtor | **YC Fernley Hotel LLC** | Case number *(if known)* **21-52543** |
|---|---|---|

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

| Debtor | YC Fernley Hotel LLC | Case number *(if known)* 21-52543 |
|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **YC Fernley Hotel LLC**                                      Case number *(if known)*    **21-52543**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.    **YC Atlanta Hotel LLC**<br>**1419 Virginia Avenue**<br>**Atlanta, GA 30337** | **Clarion Inn Hotel (Atlanta Georgia)** | **EIN:**    ****3967<br><br>**From-To**    **11/15/19 to Present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Latrobe Management Services**<br>**P.O. Box 363851**<br>**San Juan, PR 00936-3851** | **November**<br>**2019-Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Swensen & Company, CPA**<br>**P.O. Box 410**<br>**Winnemucca, NV 89446** | **November**<br>**2019-Current** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.    **Latrobe Management Services**<br>**P.O. Box 363851**<br>**San Juan, PR 00936-3851** | **November**<br>**2019-Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **Latrobe Management Services**<br>**P.O. Box 363851**<br>**San Juan, PR 00936-3851** | |
| 26c.2.    **Swensen & Company, CPA**<br>**P.O. Box 410**<br>**Winnemucca, NV 89446** | |
| 26c.3.    **The Kishan Group**<br>**5851 South Virginia Street**<br>**Reno, NV 89502** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Debtor    **YC Fernley Hotel LLC**                                                    Case number *(if known)*  **21-52543**

| Name and address |
|---|
| 26d.1.  **Access Point Financial**<br>**1 Ravinia Drive**<br>**9th Floor**<br>**Atlanta, GA 30546** |
| 26d.2.  **Small Business Administration**<br>**233 Peachtree St, NE**<br>**Suite 1900**<br>**Atlanta, GA 30303** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Balbir S. Gosal | 5851 S. Virginia Street<br>Reno, NV 89502 | Managing Member and Member | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Baldev S. Johal | 5851 S. Virginia Street<br>Reno, NV 89502 | Managing Member and Member | 25 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ranjit S. Johal | 5851 S. Virginia Street<br>Reno, NV 89502 | Member | 25 |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **YC Fernley Hotel LLC**                                    Case number *(if known)*  **21-52543**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
|  |  |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 19, 2021**

**/s/ Baldev Johal**                                        **Baldev Johal**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member and Authorized Party**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re __YC Fernley Hotel LLC_____     Case No. __21-52543_____

_____
Debtor(s)     Chapter __11_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 26,735.00 |
| Prior to the filing of this statement I have received | $ | 26,735.00 |
| Balance Due | $ | 0.00 |

2. $__1,738.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

☐ Debtor     ■ Other (specify):     **Debtor deposited $13,366.00 with Stone & Baxter, LLP on 3/26/2021 and $13,369.00 with Stone & Baxter, LLP on 3/29/2021. On or before the 3/29/2021 petition date, Stone & Baxter, LLP applied $1,738.00 of those amounts to the filing fee and $13,838.50 to fees and expenses, leaving $12,896.50 in trust**

4. The source of compensation to be paid to me is:

☐ Debtor     ■ Other (specify):     **To be paid by the Debtor pursuant to the engagement letter from Stone & Baxter, LLP attached to the Application to Employ**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. [Other provisions as needed]
**See engagement letter from Stone & Baxter, LLP attached to Application to Employ**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**See engagement letter from Stone & Baxter, LLP attached to Application to Employ**

| **CERTIFICATION** |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| | |
|---|---|
| **April 19, 2021**_____ | **/s/ David L. Bury, Jr.** |
| _Date_ | **David L. Bury, Jr. 133066** |
| | _Signature of Attorney_ |
| | **Stone & Baxter, LLP** |
| | **577 Mulberry Street, Suite 800** |
| | **Macon, GA 31201** |
| | **478-750-9898  Fax: 478-750-9899** |
| | **dbury@stoneandbaxter.com** |
| | _Name of law firm_ |

# United States Bankruptcy Court
## Northern District of Georgia

In re  **YC Fernley Hotel LLC**

_____
                                                Debtor(s)

Case No.    **21-52543**
Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member and Authorized Party of the corporation named as the debtor in this case, hereby verify that the attached list

of creditors is true and correct to the best of my knowledge.

Date:    **April 19, 2021**
_____

**/s/ Baldev Johal**
_____
**Baldev Johal**/**Managing Member and Authorized Party**
Signer/Title

Access Point Financial, LLC
One Ravinia Drive
9th Floor
Atlanta, GA 30346


Balbir S. Gosal
5851 S. Virginia Street
Reno, NV 89502


Baldev S. Johal
5851 S. Virginia Street
Reno, NV 89502


Choice Hotels International
6811 East Mayo Blvd
Suite 100
Phoenix, AZ 85054


Georgia Department of Labor
Employer Accounts Section
148 Andrew Young Intl. Blvd. Suite 850
Atlanta, GA 30303


Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3209


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Nevada Department of Taxation
c/o Melanie Young, Executive Director
4600 Kietzke Lane, Building L, Suite 235
Reno, NV 89502

Nevada Secretary of State
Nevada State Capitol Building
101 North Carson Street, Suite 3
Carson City, NV 89701


Ranjit S. Johal
5851 S. Virginia Street
Reno, NV 89502


U.S. Small Business Administration
233 Peachtree St, NE
Suite 1900
Atlanta, GA 30303


United States Attorney
c/o Andres H. Sandoval, Esq.
75 Ted Turner Drive, SW - Suite 600
Atlanta, GA 30303-3309


United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


YC Atlanta Hotel LLC
1419 Virginia Avenue
Atlanta, GA 30337